```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

JOE PARRINGTON                                                PLAINTIFF

      v.              Civil No. 07-5089

UNUM PROVIDENT CORPORATION,
UNUM INSURANCE COMPANY OF AMERICA,
AND JOHN DOES 1 THRU 5                                        DEFENDANTS

### ORDER

NOW on this 2nd day of April 2008, comes on for consideration Plaintiff's **Motion to Drop and Dismiss Defendant Tyson Foods, Inc.** (document #43), and the Court, being well and sufficiently advised, finds that the motion should be, and it hereby is, **GRANTED** and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff's complaint is dismissed with respect to all claims against Defendant Tyson Foods, Inc.

**IT IS SO ORDERED.**

                                          **/s/ Jimm Larry Hendren**
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**